UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PHILLIP DEWAYNE STEWART                                                                       PETITIONER

v.                                            No. 2:22-CV-02064

DEXTER PAYNE                                                                                        RESPONDENT

## ORDER

Before the Court is a report and recommendation (Doc. 5) from Chief United States Magistrate Judge Mark E. Ford.  Petitioner Phillip Dewayne Stewart filed a *pro se* petition under 28 U.S.C. § 2254 for writ of *habeas corpus* by a person in state custody (Doc. 1).  This case was referred to the Chief Magistrate Judge under 28 U.S.C. § 636(b)(1) and (3), who recommended dismissing Mr. Stewart's petition with prejudice for failure to obey the Court's order directing him either to pay the applicable filing fee or to submit a completed application to proceed *in forma pauperis*, and for his failure to prosecute this case.

On July 14, 2022 this Court entered an order deferring ruling on the report and recommendation because it appeared Mr. Stewart's failure to fulfill these administrative requirements was attributable to confusion arising from certain mailings by the Clerk of the Court having been sent to the incorrect address.  The Court gave Mr. Stewart a deadline of July 28, 2022 by which to either pay the applicable $5.00 filing fee or submit a completed application to proceed *in forma pauperis*.  The Court received Mr. Stewart's $5.00 filing fee on July 25, 2022.  This renders moot the basis for the Magistrate Judge's report and recommendation.

The Court therefore DECLINES TO ADOPT the report and recommendation (Doc. 5).  This matter remains referred to Chief United States Magistrate Judge Mark E. Ford under 28

1

U.S.C. § 636(b)(1) and (3) for the purpose of making a report and recommendation on Phillip Dewayne Stewart's petition.

IT IS SO ORDERED on this 25th day of July, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE