UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PHILLIP DEWAYNE STEWART                                                                                    PETITIONER

v.                                                   No. 2:22-CV-02064

DEXTER PAYNE                                                                                                      RESPONDENT

## ORDER

The Court has received a report and recommendations (Doc. 15) from United States Chief Magistrate Judge Mark E. Ford regarding Respondent's motion (Doc. 13) to dismiss. Petitioner Phillip Dewayne Stewart has filed objections (Doc. 16) to the report and recommendations.

Stewart has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging a conviction and sentence that he served two decades ago in Jacksonville, Arkansas. The Magistrate Judge recommends denying Stewart's petition because this is an unauthorized second or successive petition, Stewart is not in custody for the convictions he challenges, the petition is time barred, and his claims are procedurally defaulted.

Stewart's objections provide various factual details regarding a recently completed incarceration in Arkansas for a different conviction, along with citations to various authorities that have no bearing on the present matter. After careful *de novo* review, the Court concludes Stewart's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Respondent's motion (Doc. 13) is GRANTED, and Petitioner Phillip Dewayne Stewart's petition (Doc. 1) for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED. No certificate of appealability shall issue.

IT IS SO ORDERED this 3rd day of November, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE